**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCCONNELL, LEAF G. HELLMAN, ROBERT ATTEBERY, FRANKIE JOE MYERS, TERANCE J. SUPAHAN, MICHAEL T. HUDSON, BLYTHE REIS, and KLAMMATH RIVER KEEPER, a project of KLAMMATH FOREST ALLIANCE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICORP INC., an Oregon Corporation,<br><br>Defendant. | No. C 07-02382 WHA<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently set for August 9, 2007, is **MOVED** to **THURSDAY, AUGUST 2, 2007, AT 11:00 A.M.** Please file a joint case management statement no later than July 26, 2007. All other deadlines remain the same.

**IT IS SO ORDERED.**

Dated: May 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE