```
LATHAM & WATKINS LLP
    Karl S. Lytz (Bar No. 110895)
    Richard W. Raushenbush (Bar No. 134983)
    Benjamin J. Horwich (Bar No. 249090)
    Randi L. Wallach (Bar No. 241171)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email:
       Karl.Lytz@lw.com
       Richard.Raushenbush@lw.com
       Benjamin.Horwich@lw.com
       Randi.Wallach@lw.com

Attorneys for Defendant
PACIFICORP, INC., an Oregon Corporation
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD McCONNELL;<br>LEAF G. HILLMAN;<br>ROBERT ATTEBERY;<br>FRANKIE JOE MYERS;<br>TERANCE J. SUPAHAN;<br>MICHAEL T. HUDSON;<br>BLYTHE REIS; and<br>KLAMATH RIVERKEEPER, a project of<br>KLAMATH FOREST ALLIANCE, a<br>California nonprofit corporation;<br><br>        Plaintiffs,<br><br>v.<br><br>PACIFICORP, INC., an Oregon<br>Corporation;<br><br>        Defendant. | CASE NO.: C 07-02382 WHA<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE<br><br>Date:<br>Time:<br>Place: Courtroom 9, 19th Floor<br><br><br>Judge: Hon. William H. Alsup |

### STIPULATION

WHEREAS, Defendant PacifiCorp filed a Motion to Dismiss for Lack of Jurisdiction and for Judgment on the Pleadings, and a Motion to Stay, on July 12, 2007, and hearing on those motions is set for August 16, 2007 at 8:00 am;

WHEREAS, the parties in this action are currently scheduled to appear before the

1

1  Court on August 2, 2007 for a Case Management Conference to discuss the next steps in this
2  action;
3         WHEREAS, those steps, and the scope of the case, are likely to be influenced by
4  the Court's determination on Defendant PacifiCorp's Motion to Dismiss for Lack of Jurisdiction
5  and for Judgment on the Pleadings and Motion to Stay;
6         WHEREAS, the parties agree that, to avoid the possible waste of judicial
7  resources, the Case Management Conference should be continued to August 16, 2007, the same
8  day as the Court's hearing on Defendant PacifiCorp's Motion to Dismiss for Lack of Jurisdiction
9  and for Judgment on the Pleadings and Motion to Stay;
10        WHEREAS, Defendant's lead counsel, Richard W. Raushenbush and Karl S.
11 Lytz, will be respectively out of the state and out of the country on August 2, 2007;
12        NOW, THEREFORE, subject to Court approval, the parties STIPULATE that the
13 Case Management Conference scheduled for August 2, 2007 be rescheduled for August 16, 2007
14 following the hearing on PacifiCorp's Motions.
15        IT IS SO STIPULATED.

16 Dated: July 16, 2007                    LATHAM & WATKINS LLP
17         /s/
18                                         _____
                                           Richard W. Raushenbush
19                                         LATHAM & WATKINS LLP
                                           505 Montgomery Street, Suite 2000
20                                         San Francisco, CA 94111
                                           Tel: (415) 391-0600
21                                         Fax: (415) 395-8095
                                           Attorneys for Defendant PacifiCorp
22
23 Dated: July 16, 2007                    COTCHETT, PITRE & McCARTHY
24
25                                         _____
                                           Joseph W. Cotchett
26                                         COTCHETT, PITRE & McCARTHY
                                           840 Malcolm Road, Suite 200
27                                         Burlingame, CA 94010
                                           Tel: (650) 697-6000
28                                         Fax: (650) 697-0577
                                           Attorneys for Plaintiffs

                                           2
LATHAM•WATKINS                 Stipulation and [Proposed] Order Rescheduling Case Management Conference
ATTORNEYS AT LAW                                                    CASE NO. C 07-02382 WHA
SAN FRANCISCO

Dated: July 18, 2007          LAWYERS FOR CLEAN WATER, INC.

                              _____
                              Daniel S. Cooper
                              LAWYERS FOR CLEAN WATER, INC.
                              1001-A O'Reilly Avenue
                              San Francisco, CA 94129
                              Tel: (415) 440-6520
                              Fax: (415) 440-4155
                              Attorneys for Plaintiffs

Dated: July 16, 2007          KENNEDY & MADONNA, LLP

                              _____
                              Robert F. Kennedy, Jr.
                              KENNEDY & MADONNA, LLP
                              48 Dewitt Mills Road
                              Hurley, NY 12443
                              Tel: (845) 331-7514
                              Fax: (845) 331-7578
                              Attorneys for Plaintiffs

## ORDER

Pursuant to the above stipulation of the parties, and good cause appearing, IT IS ORDERED that the Case Management Conference shall be rescheduled for August 16, 2007 following the hearing on PacifiCorp's pending motions. The case management conference shall immediately follow the hearing.

Dated: July 19, 2007.

                              _____
                              The Honorable William H. Alsup
                              United States District Court Judge

SF\618315.2

IT IS SO ORDERED
Judge William Alsup