IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD MCCONNELL, et al.,           No. C 07-02382 WHA

    Plaintiffs,

v.                                           **ORDER RE HEARING**

PACIFICORP INC.,

    Defendant.

_____/

    Because the undersigned is currently in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

**IT IS SO ORDERED.**

Dated: August 14, 2007

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE