UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD McCONNELL, ET AL.,           Case No. C-07-02382 WHA (JCS)

       Plaintiff(s),

    v.                                       **ORDER EXCUSING PERSONAL ATTENDANCE OF PLAINTIFFS ATTEBERY AND MYERS AT SETTLEMENT CONFERENCE**

PACIFICORP, INC.,

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

       By correspondence to the Court under date of January 29, 2008, Plaintiffs Robert Attebery and Frankie Joe Myers requested that they be excused from personally appearing at the Settlement Conference scheduled for February 12, 2008, at 9:30 a.m. On January 30, 2008, Defendant, PacifiCorp, Inc., lodged correspondence indicating that it has no objection to Plaintiffs' request, and suggested that Plaintiffs be available by telephone during the conference.

       Upon consideration of the request, the Court finds good cause for excusing the personal attendance of Plaintiffs Attebery and Myers. Therefore, IT IS HEREBY ORDERED that Plaintiffs Attebery and Myers be available by telephone beginning at 9:30 a.m. on February 12, 2008, for the duration of the Settlement Conference. If the Court concludes that the absence of Plaintiffs Attebery and Myers is interfering with the Settlement Conference, the Court may continue the conference and order the personal attendance by each party, including the above-named Plaintiffs.

       IT IS SO ORDERED.

Dated: February 5, 2008                  _____
                                              JOSEPH C. SPERO
                                              United States Magistrate Judge