IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCCONNELL, LEAF G. HELLMAN, ROBERT ATTEBERY, FRANKIE JOE MYERS, TERANCE J. SUPAHAN, MICHAEL T. HUDSON, BLYTHE REIS, and KLAMMATH RIVER KEEPER, a project of KLAMMATH FORESTALLIANCE, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICORP INC., an Oregon Corporation,<br><br>Defendant. | No. C 07-02382 WHA<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTE** |

The Court is in receipt of defendant's letter of February 19, 2008, concerning a discovery dispute and **SETS** a hearing for **THURSDAY, FEBRUARY 21, 2008, AT 8:00 A.M.** Plaintiffs' response is due at 2:00 p.m. on February 20.

**IT IS SO ORDERED.**

Dated: February 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE