LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD McCONNELL;<br>LEAF G. HILLMAN;<br>ROBERT ATTEBERY;<br>FRANKIE JOE MYERS;<br>TERANCE J. SUPAHAN;<br>MICHAEL T. HUDSON;<br>BLYTHE REIS; and<br>KLAMATH RIVERKEEPER, a project of<br>KLAMATH FOREST ALLIANCE, etc.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICORP, INC., an Oregon Corporation;<br><br>Defendant. | Case No. C 07 2382 WHA<br><br>STIPULATION RE. DEPOSITIONS;<br>[PROPOSED] ORDER<br><br>Judge: Hon. William H. Alsup |

WHEREAS, on February 21, 2008, the Court ordered that the parties immediately proceed with depositions and the Court set dates and locations for the depositions, subject to the parties reaching a stipulation setting forth a different deposition sequence or location, which stipulation was to be filed on or before February 27, 2008;

WHEREAS, prior to February 21, 2008, the parties had met and conferred concerning deposition dates and locations pursuant to their Joint Discovery Plan;

WHEREAS, after the February 21 Hearing, the parties met and conferred concerning the deposition sequencing and location, as well as other issues bearing on the depositions;

WHEREAS, counsel for Plaintiffs represented to counsel for Defendants that they were unable to reach certain Plaintiffs on or before February 27, 2008, to confirm the dates for deposition that had been ordered by the Court;

WHEREAS, on February 29, 2008, counsel for Plaintiffs were finally able to reach each of the Plaintiffs and counsel for all parties were able to reach agreement on the schedule and location for each of the Plaintiffs' depositions, as well as the FRCP Rule 30(b)(6) deposition;

NOW, THEREFORE, counsel for all of the parties hereby request that the Court enter an order in conformance with this Stipulation as follows:

1. **Depositions of Plaintiffs.** The depositions of Plaintiffs shall proceed in accordance with the following schedule:

| DATE | LOCATION | NAME OF DEPONENT |
| --- | --- | --- |
| March 3 | Eureka, CA | Howard McConnell |
| March 4 | Eureka, CA | Frankie Joe Myers |
| March 5 | Eureka, CA | Terrance Supahan |
| March 6 | Eureka, CA | Blythe Reis |
| March 7 | Eureka, CA | Klamath Riverkeeper |
| March 11 | San Francisco, CA | Michael Hudson |
| March 24 | San Francisco, CA | Leaf Hillman |

2. **Deposition of Defendant.** The deposition of Defendant PacifiCorp, Inc. will proceed in Portland, OR during the week of March 31, 2008, on a specific date to be agreed upon by counsel. The Rule 30(b)(6) deposition notice will be served on or before March 5, 2008.

3. **Deposition of Robert Attebery.** Because Counsel for Plaintiffs has represented that Plaintiff Robert Attebery will be voluntarily dismissing his claims, his deposition has not been scheduled. Documentation evidencing this voluntary dismissal will be filed on or before March 3, 2008.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March __, 2008

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
(SBN 36324; JCotchett@cpmlegal.com)
Philip L. Gregory
(SBN 95217; PGregory@cpmlegal.com)

**LAWYERS FOR CLEAN WATER, INC.**
Daniel G. Cooper
(SBN 153576; cleanwater@sfo.com)

**KENNEDY & MADONNA, LLP**
Robert F. Kennedy, Jr.
(*Pro Hac Vice*; mpostman@law.pace.edu)
KEVIN J. MADONNA
(*Pro Hac Vice*;
kmadonna@kennedymadonna.com)

By: _____
Philip L. Gregory
Attorneys for Plaintiffs
HOWARD McCONNELL; LEAF G.
HILLMAN; ROBERT ATTEBERY;
FRANKIE JOE MYERS; TERANCE J.
SUPAHAN; MICHAEL T. HUDSON;
BLYTHE REIS; and KLAMATH
RIVERKEEPER, a project of
KLAMATH FOREST ALLIANCE

DATED: March 1, 2008

**LATHAM & WATKINS LLP**
Karl S. Lytz (SBN 110895)
Richard W. Raushenbush
(SBN 134983)
Benjamin J. Horwich (SBN 249090)
Randi L. Wallach (SBN 241171)

By: _____
Benjamin J. Horwich
Attorneys for Defendant
PACIFICORP, INC., an Oregon Corporation

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _March 3, 2008._



_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE