UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD McCONNELL;<br>LEAF G. HILLMAN;<br>ROBERT ATTEBERY;<br>FRANKIE JOE MYERS;<br>TERANCE J. SUPAHAN;<br>MICHAEL T. HUDSON;<br>BLYTHE REIS; and<br>KLAMATH RIVERKEEPER, a project of<br>KLAMATH FOREST ALLIANCE, etc.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PACIFICORP, INC., an Oregon Corporation;<br><br>    Defendant. | Case No. C 07 2382 WHA<br><br>STIPULATION RE. VOLUNTARY DISMISSAL; [PROPOSED] ORDER<br><br>Judge: Hon. William H. Alsup |

IT IS HEREBY STIPULATED, BY AND THROUGH COUNSEL OF RECORD, that the claims of Plaintiff Robert Attebery be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

DATED: March 3, 2008

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
(SBN 36324; JCotchett@cpmlegal.com)
Philip L. Gregory
(SBN 95217; PGregory@cpmlegal.com)

**LAWYERS FOR CLEAN WATER, INC.**
Daniel G. Cooper
(SBN 153576; cleanwater@sfo.com)

**KENNEDY & MADONNA, LLP**
Robert F. Kennedy, Jr.
(*Pro Hac Vice*; mpostman@law.pace.edu)
KEVIN J. MADONNA
(*Pro Hac Vice*;
kmadonna@kennedymadonna.com)

By: /s/ Philip L. Gregory
Philip L. Gregory
Attorneys for Plaintiffs
HOWARD McCONNELL; LEAF G. HILLMAN; ROBERT ATTEBERY; FRANKIE JOE MYERS; TERANCE J. SUPAHAN; MICHAEL T. HUDSON; BLYTHE REIS; and KLAMATH RIVERKEEPER, a project of KLAMATH FOREST ALLIANCE

DATED: March 3, 2008

**LATHAM & WATKINS LLP**
Karl S. Lytz (SBN 110895)
Richard W. Raushenbush
(SBN 134983)
Benjamin J. Horwich (SBN 249090)
Randi L. Wallach (SBN 241171)

By: /s/ Richard W. Raushenbush
Richard W. Raushenbush
Attorneys for Defendant
PACIFICORP, INC., an Oregon Corporation

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _March 4, 2008._



_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE