JOSEPH W. COTCHETT
(Cal. SBN 36324; jcotchett@cpmlegal.com)
PHILIP L. GREGORY
(Cal. SBN 95217; pgregory@cpmlegal.com)
JOSEPH C. WILSON
(Cal. SBN 249027; jwilson@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

DANIEL G. COOPER
(Cal. SBN 153576; cleanwater@sfo.com)
**LAWYERS FOR CLEAN WATER, INC.**
1004-A O'Reilly Avenue
San Francisco, CA 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

ROBERT F. KENNEDY, JR.
(*Pro Hac Vice*; mpostman@law.pace.edu)
KEVIN J. MADONNA
(*Pro Hac Vice*; kmadonna@kennedymadonna.com)
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 331-7514
Facsimile: (845) 331-7578

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD McCONNELL;<br>LEAF G. HILLMAN;<br>FRANKIE JOE MYERS;<br>TERANCE J. SUPAHAN;<br>MICHAEL T. HUDSON;<br>BLYTHE REIS ; and<br>KLAMATH RIVERKEEPER;<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICORP, INC., an Oregon Corporation;<br><br>Defendant. | Civil Case No.: CV 07-02382 WHA<br><br>**STIPULATION RE. VOLUNTARY DISMISSAL; [PROPOSED] ORDER**<br><br>Judge: Hon. William H. Alsup |

1  IT IS HEREBY STIPULATED, BY AND THROUGH COUNSEL OF RECORD:

2      1.    The claims of Plaintiff Klamath Riverkeeper are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), with each side bearing its own costs.

    2.    PacifiCorp hereby withdraws its Motion for Summary Judgment as to Klamath Riverkeeper filed on March 20, 2008, with each side bearing its own costs.

DATED: April 2, 2008

**COTCHETT, PITRE & McCARTHY**
Joseph W. Cotchett
  (Cal. SBN 36324; jcotchett@cpmlegal.com)
Philip L. Gregory
  (Cal. SBN 95217; pgregory@cpmlegal.com)
JOSEPH C. WILSON
  (Cal. SBN 249027; jwilson@cpmlegal.com)

By: _____ (JCW)
    Philip L. Gregory
    Attorneys for Plaintiffs
**HOWARD McCONNELL;**
**LEAF G. HILLMAN;**
**FRANKIE JOE MYERS;**
**TERANCE J. SUPAHAN;**
**MICHAEL T. HUDSON;**
**BLYTHE REIS;** and
**KLAMATH RIVERKEEPER**, a project of
**KLAMATH FOREST ALLIANCE**

DATED: April 2, 2008

**LATHAM & WATKINS LLP**
Karl S. Lytz (SBN 110895)
Richard W. Raushenbush (SBN 134983)
Benjamin J. Horwich (SBN 249090)

By: _____
    Benjamin J. Horwich
    Attorneys for Defendant
**PACIFICORP**, an Oregon Corporation

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup, signed]*

Dated: April 2, 2008.

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE