UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD McCONNELL, ET AL., | No. C-07-02382 WHA (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE** |
| PACIFICORP, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Further Settlement Conference previously scheduled for April 16, 2008, at 9:30 a.m., has been continued until **June 17, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential settlement conference statements shall be lodged with the Court by **June 10, 2008**. Lead trial counsel shall appear at the Settlement Conference with the parties having unlimited authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of the August 31, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: April 8, 2008

JOSEPH C. SPERO
United States Magistrate Judge