IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCCONNELL, LEAF G. HELLMAN, ROBERT ATTEBERY, FRANKIE JOE MYERS, TERANCE J. SUPAHAN, MICHAEL T. HUDSON, BLYTHE REIS, and KLAMATH RIVER KEEPER, a project of KLAMATH FOREST ALLIANCE, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFICORP INC., an Oregon Corporation,<br><br>    Defendant.<br>                                            / | No. C 07-02382 WHA<br><br>**ORDER RE RULE 56(F) SHOWING** |

    In reviewing the briefs and affidavits relating to defendant's motion to dismiss, the Court notes that defendant argues that the Rule 56(f) offering is not sufficiently specific. In addition, with respect to discovery violations, the Court is unaware of any motion to compel (aside from defendant's letter brief filed in February 2008). The purpose of this order is to give Plaintiff McConnell a further opportunity to file a detailed affidavit with respect to Rule 56(f) and any discovery violations. This is due **WEDNESDAY, MAY 14, 2008**, at **NOON.** Defendant's response is due **FRIDAY, MAY 16, 2008**, at **NOON**. Please be specific, completely accurate, and mindful of counsel's duty of candor to the Court.

    **IT IS SO ORDERED.**

Dated: May 9, 2008.

                                                               WILLIAM ALSUP<br>
                                                                UNITED STATES DISTRICT JUDGE May 9, 2008