IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCCONNELL, LEAF G. HELLMAN, ROBERT ATTEBERY, FRANKIE JOE MYERS, TERANCE J. SUPAHAN, MICHAEL T. HUDSON, BLYTHE REIS, and KLAMATH RIVERKEEPER, a project of KLAMATH FOREST ALLIANCE, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFICORP INC., an Oregon Corporation,<br><br>    Defendant.<br>                                                     / | No. C 07-02382 WHA<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND VACATING HEARING** |

In this environmental action, defendant PacifiCorp moves for summary judgment against the claims of plaintiff Howard McConnell. Plaintiff argues that the motion is premature as discovery is not yet complete. Pursuant to FRCP 56(f), he says that he cannot present facts essential to justify his opposition. An order dated May 9, 2008, noted that the FRCP 56(f) offering was not sufficiently specific. Plaintiff McConnell was therefore granted a further opportunity to file a detailed affidavit with respect to FRCP 56(f) and any discovery violations.

The Court has read and found sufficient the new FRCP 56(f) submission by plaintiff. Pursuant to FRCP 56(f), defendant's motion for summary judgment is therefore **DENIED**

**WITHOUT PREJUDICE**. Defendant can re-file the motion for summary judgment at the end of the discovery period. The hearing on defendant's motion currently set for May 22, 2008, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: May 19, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2