UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Howard McConnell, et al., | No. C 07-2382 WHA (JL) |
|     Plaintiffs, | |
|     v. | ORDER TO MEET AND CONFER Re Docket # 65 |
| Pacificorp, Inc., | |
|     Defendants. | |

      The Court received a letter from counsel for Defendant requesting a hearing on letter briefs filed in February regarding its motion to compel Plaintiffs to provide further answers to interrogatories. In the interim the district court has ruled on disputes regarding depositions, has signed off on a stipulated dismissal of some defendants, and denied without prejudice Defendant's motion for summary judgment, accepting Plaintiffs' representation that they have not received adequate discovery from Defendant to respond to the summary judgment motion. The district court also referred all discovery disputes to this Court.

      Plaintiffs' response to the original letter brief indicates that the parties met and conferred and were able to reduce their dispute from 15 pages to three, and that the motion to compel was probably unnecessary. The Court hereby orders the parties to meet and

confer in person and review the status of discovery, especially in light of the intervening changes in the contours of this case, and then, if necessary, Defendant may file a formal noticed motion.

IT IS SO ORDERED.

DATED: May 22, 2008

_____
JAMES LARSON
Chief Magistrate Judge