IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCCONNELL, LEAF G. HILLMAN, ROBERT ATTEBERY, FRANKIE JOE MYERS, TERANCE J. SUPAHAN, MICHAEL T. HUDSON, BLYTHE REIS, and KLAMATH RIVERKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICORP INC.,<br><br>Defendant. / | No. C 07-02382 WHA<br><br>**ORDER DENYING WITHOUT PREJUDICE PACIFICORP'S MOTION FOR SUMMARY JUDGMENT AGAINST BLYTHE REIS AND VACATING HEARING** |

    In this environmental-pollution action, plaintiff Blythe Reis is the owner of vacation cabins near the Klamath River. She is one of six remaining litigants suing defendant PacifiCorp, Inc., for operating dams that have contributed to toxic algal blooms. (Robert Attebery and Klamath Riverkeeper have been voluntarily dismissed from this action.) PacifiCorp now moves for summary judgment against plaintiff Reis. Reis opposes the motion, partly on the ground that the motion is premature, discovery has not yet ended, and she still requires additional discovery from defendant.

    FRCP 56(f) provides: "If a party opposing the motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) deny the motion; (2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or (3) issue any other just order." Plaintiff says she

needs more time to obtain documents from and depose defense expert Richard Raymond, who testified that the algae found by Reis was not microcystic aeruginosa (or "MSAE," toxic algal blooms allegedly created by PacifiCorp's dam operations). Reis says that Dr. Raymond could have knowledge regarding the presence of high concentrations of MSAE in the Iron Gate and Copco reservoirs, dams operated by PacifiCorp. PacifiCorp filed its motion on May 15, 2008, but the noticed date of Dr. Raymond's deposition was for May 27, 2008 (Wilson Decl. ¶44). Moreover, expert discovery has not been completed (as the deadline is July 25, 2008).

Because this order finds that the FRCP 56(f) submission by plaintiff is sufficient, PacifiCorp's motion for summary judgment is **DENIED WITHOUT PREJUDICE**. PacifiCorp can re-file the motion for summary judgment at the end of the discovery period. The hearing on the motion for summary judgment currently set for June 19, 2008, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2