| | |
|---|---|
| Joseph W. Cotchett<br> (SBN 36324; jcotchett@cpmlegal.com)<br>Philip L. Gregory<br> (SBN 95217; pgregory@cpmlegal.com)<br>Joseph C. Wilson<br> (SBN 249027; jwilson@cpmlegal.com)<br>**COTCHETT, PITRE & McCARTHY**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br><br>Daniel G. Cooper<br> (SBN 153576; cleanwater@sfo.com)<br>**LAWYERS FOR CLEAN WATER, INC.**<br>1004-A O'Reilly Avenue<br>San Francisco, CA 94129<br>Telephone: (415) 440-6520<br>Facsimile: (415) 440-4155<br><br>Robert F. Kennedy, Jr.<br> (*Pro Hac Vice*; mpostman@law.pace.edu)<br>Kevin J. Madonna<br> (*Pro Hac Vice*;<br>kmadonna@kennedymadonna.com)<br>**KENNEDY & MADONNA, LLP**<br>48 Dewitt Mills Road<br>Hurley, NY 12443<br>Telephone: (845) 331-7514<br>Facsimile: (845) 331-7578<br><br>*Attorneys for Plaintiffs* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOWARD McCONNELL,** et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>**PACIFICORP, INC.**, an Oregon Corporation;<br><br>         Defendant. | Case No. C 07-02382 WHA<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME OF HEARING DATE OF DISCOVERY DISPUTES TO JULY 2, 2008, AND FOR AN EXPEDITED BRIEFING SCHEDULE; AND XXXXXXXXX] ORDER**<br><br>Date:  July 16, 2008<br>Time: 9:30 a.m.<br>Place: Courtroom F, 15th Floor<br>Judge: Chief Magistrate James Larson<br><br>Trial Date:    December 1, 2008 |

---

**STIPULATED REQUEST FOR AN ORDER CHANGING TIME OF HEARING DATE OF DISCOVERY DISPUTES TO JULY 2, 2008, AND FOR AN EXPEDITED BRIEFING SCHEDULE**
Case No.: C 07-02383 WHA

Pursuant to Local Rule 6-2, counsel for Plaintiffs Howard McConnell, Leaf Hillman, Frankie Joe Myers, Terance Supahan, Michael Hudson and Blythe Reis ("Plaintiffs") and Defendant PacifiCorp ("Defendant") hereby submit the following Stipulated Request for an Order Changing Time of the Hearing Date of Discovery Disputes to July 2, 2008, and for an Expedited Briefing Schedule:

WHEREAS, the discovery cut-off date in this action is set for July 25, 2008.

WHEREAS, Plaintiffs and Defendant PacifiCorp have the following Discovery Disputes:

1. Plaintiffs' Motion to Compel Document Production, Docket No. 131;
2. Defendant's Motion to Compel Proper Interrogatory Responses, Docket No. 133;
3. Plaintiffs' Motion to Compel Deposition of Defendant's Employees, Docket No. 136;
4. Plaintiffs' Request for Guidance re Depositions, Docket No. 137;
5. Defendant's Discovery Dispute Concerning Frankie Joe Myers' Document Production;
6. Defendant's Discovery Dispute Concerning Inspection of Terance Supahan's Property;
7. Defendant's Discovery Dispute Concerning Michael Hudson's Document Production; and
8. Defendant's Dispute Concerning Deposition of Plaintiffs.

WHEREAS, the hearing date for motion no.'s 1-4 is set for July 16, 2008 at 9:30 am in Courtroom F, 15th Floor, before Chief Magistrate Judge James Larson.

WHEREAS, counsel for Plaintiffs and Defendant have mutually agreed to the following stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed upon by the respective parties, by and through their counsel of record:

---

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATED REQUEST FOR AN ORDER CHANGING TIME OF HEARING DATE OF DISCOVERY DISPUTES TO JULY 2, 2008, AND FOR AN EXPEDITED BRIEFING SCHEDULE**
Case No.: C 07-02383 WHA

1

1. The hearing on the discovery disputes listed above shall be set for hearing on <u>July 2, 2008</u> at 9:30 am., in Courtroom F, 15th Floor, before Chief Magistrate Judge James Larson.

2. The briefing schedule for Discovery Disputes No.'s 1-4 is as follows:

   a. Plaintiffs shall file a Motion to Compel for Docket Nos. 131 and 136 by <u>Wednesday, June 18, 2008</u>;

   b. Defendant shall file its Opposition Briefs to Plaintiffs' Motions to Compel (Docket Nos. 131 and 136) by ~~Wednesday, June 25, 2008~~ Tuesday, June 24, 2008;

   c. Plaintiffs shall file their Opposition Brief to Defendant's Motion to Compel (Docket No. 133) by ~~Wednesday, June 25, 2008~~ Tuesday, June 24, 2008; and

   d. Plaintiffs and Defendant shall file their respective Reply Briefs by <u>June ~~30~~ 26, 2008</u>.

3. No further briefing is necessary for Plaintiffs Request for Guidance Re: Depositions, (Docket No. 137);

4. Should the parties be unable to resolve Discovery Disputes No.'s 5-8, the parties will stipulate without further order of the Court to a similarly expedited briefing schedule that will allow for briefing to be complete on <u>June ~~30~~, 2008</u>, and a hearing on <u>July 2, 2008</u> at 9:30 a.m. in Courtroom F, 15th Floor, before Chief Magistrate Judge James Larson.

Dated: June 16, 2008

| COTCHETT, PITRE & McCARTHY | LATHAM & WATKINS LLP |
|---|---|
| /s/ | /s/ |
| JOSEPH C. WILSON | MATTHEW C. HELTON |
| Attorneys for Plaintiffs | Attorneys for Defendant |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 18, 2008

_____
Chief Magistrate Judge James Larson

**STIPULATED REQUEST FOR AN ORDER CHANGING TIME OF HEARING DATE OF DISCOVERY DISPUTES TO JULY 2, 2008, AND FOR AN EXPEDITED BRIEFING SCHEDULE**
Case No.: C 07-02383 WHA

2