LATHAM & WATKINS LLP
   Richard W. Raushenbush (Bar No. 134983)
   Karl S. Lytz (Bar No. 110895)
   Benjamin J. Horwich (Bar No. 249090)
   Patrick J. Ferguson (Bar No. 252778)
   Matthew C. Helton (Bar No. 254441)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email:
   Richard.Raushenbush@lw.com
   Karl.Lytz@lw.com
   Benjamin.Horwich@lw.com
   Patrick.Ferguson@lw.com
   Matthew.Helton@lw.com

Attorneys for Defendant
PACIFICORP, an Oregon Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD McCONNELL; LEAF G. HILLMAN; ROBERT ATTEBERY; FRANKIE JOE MYERS; TERANCE J. SUPAHAN; MICHAEL T. HUDSON; BLYTHE REIS; and KLAMATH RIVERKEEPER, a project of KLAMATH FOREST ALLIANCE, a California nonprofit corporation; <br><br>            Plaintiffs, <br><br>   v. <br><br>PACIFICORP, INC., an Oregon Corporation; <br><br>            Defendant. | CASE NO.: C 07-02382 WHA <br><br> STIPULATION TO VOLUNTARY DISMISSAL OF PLAINTIFF MICHAEL T. HUDSON; [~~PROPOSED~~] ORDER <br><br> Judge: Hon. William H. Alsup <br><br> Trial Date: December 1, 2008 |

# STIPULATION

**IT IS HEREBY STIPULATED, BY AND THROUGH COUNSEL OF RECORD:**

1. The claims of Plaintiff Michael T. Hudson are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

2. Each side shall bear its own costs with the exception of the costs and attorneys' fees relating to the relating to the second deposition of Michael T. Hudson set forth in Richard W. Raushenbush's July 2, 2008 letter to Plaintiffs' counsel and Patrick J. Ferguson's July 9, 2008 letter to Joseph C. Wilson. Whether and to what extent PacifiCorp, Inc. is entitled to recover such costs and attorneys' fees will be determined by the Court or by the parties at a later date.

3. Upon dismissal, the deposition subpoena to Yvette Hudson is withdrawn and Michael Hudson need not comply with the July 15, 2008 Order regarding his discovery obligations.

Dated: July 17, 2008

LATHAM & WATKINS LLP
Richard W. Raushenbush
Karl S. Lytz
Benjamin J. Horwich
Patrick F. Ferguson
Matthew C. Helton

By: /s/ Richard W. Raushenbush
Richard W. Raushenbush
Attorneys for Defendant PacifiCorp, Inc.

Dated: July 17, 2008

COTCHETT, PITRE & MCCARTHY
Joseph W. Cotchett
Philip L. Gregory

LAWYERS FOR CLEAN WATER, INC.
Daniel G. Cooper

KENNEDY & MADONNA, LLP
Robert F. Kennedy, Jr.
Kevin J. Madonna

By:_____
Daniel G. Cooper
Attorneys for Plaintiff Michael Hudson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Regarding
Dismissal of Plaintiff Michael Hudson
CASE NO. C 07-02382 WHA

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July 21, 2008

_____
Hon. William H. Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

SF\663965.1

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Regarding
Dismissal of Plaintiff Michael Hudson
CASE NO. C 07-02382 WHA