LATHAM & WATKINS LLP
   Richard W. Raushenbush (Bar No. 134983)
   Karl S. Lytz (Bar No. 110895)
   Benjamin J. Horwich (Bar No. 249090)
   Patrick J. Ferguson (Bar No. 252778)
   Matthew C. Helton (Bar No. 254441)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:
     Richard.Raushenbush@lw.com
     Karl.Lytz@lw.com
     Benjamin.Horwich@lw.com
     Patrick.Ferguson@lw.com
     Matthew.Helton@lw.com

Attorneys for Defendant
PACIFICORP, an Oregon Corporation

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD McCONNELL; LEAF G. HILLMAN; ROBERT ATTEBERY; FRANKIE JOE MYERS; TERANCE J. SUPAHAN; MICHAEL T. HUDSON; BLYTHE REIS; and KLAMATH RIVERKEEPER, a project of KLAMATH FOREST ALLIANCE, a California nonprofit corporation;<br><br>              Plaintiffs,<br><br>   v.<br><br>PACIFICORP, INC., an Oregon Corporation;<br><br>             Defendant. | CASE NO. C 07-02382 WHA<br><br>STIPULATION TO VOLUNTARY DISMISSAL OF PLAINTIFF LEAF HILLMAN'S PERSONAL INJURY CLAIMS; [PROPOSED] ORDER<br><br>Judge:  Hon. William H. Alsup<br><br>Trial Date: December 1, 2008 |

1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Stipulation and [Proposed] Order Regarding Dismissal of
Plaintiff Leaf Hillman's Personal Injury Claims
CASE NO. C 07-02382 WHA

## STIPULATION

**IT IS HEREBY STIPULATED, BY AND THROUGH COUNSEL OF RECORD:**

1. Plaintiff Leaf Hillman will not pursue claims against PacifiCorp alleging that PacifiCorp has caused or will cause him personal injury, including, but not limited to the following (described in sub-paragraph a-g), and agrees that such claims are hereby dismissed with prejudice:

   a) any and all claims of past, present or future injury based on Leaf Hillman's alleged consumption of (or failure to consume) any Karuk or other traditional food sources, including but limited to salmon, steelhead, sturgeon, eel, clam, and lamprey;

   b) any and all claims based on Leaf Hillman's past, present or future symptoms of, health risks from, or affliction of any and all diet-related diseases, including, but not limited to diabetes, obesity, and cardiovascular disease;

   c) any and all claims based on Leaf Hillman's alleged elevated blood pressure;

   d) any and all claims of past, present or future personal injury based on Leaf Hillman's alleged exposure to microcystin, *Microcystis aeruginosa*, or the Klamath River;

   e) any and all claims based on any of Leaf Hillman's alleged risk, susceptibility, or likelihood of developing any personal injury, disease, health risk, or illness, due to exposure to *Microcystis aeruginosa*, microcystin, or the Klamath River;

   f) any and all claims based on Leaf Hillman's past, present or future skin afflictions including, but not limited to irritation, inflammation, rashes, itchiness, health risks, or other reactions allegedly caused by exposure to *Microcystis aeruginosa*, microcystin, or the Klamath River; and

   g) any and all claims based upon past, present or future emotional distress or fear of future injury or disease allegedly caused by PacifiCorp.

2. Any and all personal injury claims of Plaintiff Leaf Hillman that are alleged in, or could have been alleged in the Complaint, including but not limited to those described in ¶ 1, are hereby dismissed with prejudice.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Stipulation and [Proposed] Order Regarding Dismissal of
Plaintiff Leaf Hillman's Personal Injury Claims
CASE NO. C 07-02382 WHA

| | |
|---|---|
| Dated: July 28, 2008 | LATHAM & WATKINS LLP<br>   Richard W. Raushenbush<br>   Karl S. Lytz<br>   Benjamin J. Horwich<br>   Patrick F. Ferguson<br>   Matthew C. Helton<br><br>By: _____<br>   Matthew C. Helton<br>   Attorneys for Defendant PacifiCorp, Inc. |
| Dated: July 28, 2008 | COTCHETT, PITRE & MCCARTHY<br>   Joseph W. Cotchett<br>   Philip L. Gregory<br><br>LAWYERS FOR CLEAN WATER, INC.<br>   Daniel G. Cooper<br><br>KENNEDY & MADONNA, LLP<br>   Robert F. Kennedy, Jr.<br>   Kevin J. Madonna<br><br>By: _____/s/_____<br>   Daniel G. Cooper<br>   Attorneys for Plaintiff Leaf Hillman |

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

August 1, 2008.

Dated: ~~July __, 2008~~

*IT IS SO ORDERED*
/s/ William Alsup
Judge William Alsup

_____
Hon. William H. Alsup
United States District Judge

SF\664790.2

3

Stipulation and [Proposed] Order Regarding Dismissal of
Plaintiff Leaf Hillman's Personal Injury Claims
CASE NO. C 07-02382 WHA