1  JOSEPH W. COTCHETT
     (Cal. SBN 36324; jcotchett@cpmlegal.com)
2  PHILIP L. GREGORY
     (Cal. SBN 95217; pgregory@cpmlegal.com)
3  JOSEPH C. WILSON
     (Cal. SBN 249027; jwilson@cpmlegal.com)
4  **COTCHETT, PITRE & McCARTHY**
   840 Malcolm Road, Suite 200
5  Burlingame, CA 94010
   Telephone: (650) 697-6000
6  Facsimile: (650) 697-0577

7  DANIEL G. COOPER
     (Cal. SBN 153576; cleanwater@sfo.com)
8  **LAWYERS FOR CLEAN WATER, INC.**
   1004-A O'Reilly Avenue
9  San Francisco, CA 94129
   Telephone: (415) 440-6520
10 Facsimile: (415) 440-4155

11 ROBERT F. KENNEDY, JR.
     (*Pro Hac Vice*; mpostman@law.pace.edu)
12 KEVIN J. MADONNA
     (*Pro Hac Vice*; kmadonna@kennedymadonna.com)
13 **KENNEDY & MADONNA, LLP**
   48 Dewitt Mills Road
14 Hurley, NY 12443
   Telephone: (845) 331-7514
15 Facsimile: (845) 331-7578

16 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD McCONNELL, LEAF G. HILLMAN, ROBERT ATTEBERY, FRANKIE JOE MYERS, TERANCE J. SUPAHAN, MICHAEL T. HUDSON, BLYTHE REIS, and KLAMATH RIVERKEEPER,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICORP, INC., an Oregon Corporation;<br><br>Defendant. | Civil Case No.: CV 07-02382 WHA<br><br>**STIPULATION TO CONTINUE HEARING DATE AND ESTABLISH BRIEFING SCHEDULE;** [Proposed] **ORDER THEREON**<br><br>**Date:** September 4, 2008<br>**Time:** 8:00 a.m.<br>**Place:** Courtroom 9, 19th Floor<br>**Judge:** Hon. William H. Alsup<br><br>**Trial Date:** December 1, 2008 |

1     WHEREAS, on July 17, 2008, PacifiCorp filed its Notice of Motion and Motion for Summary Judgment Against Plaintiff Terance Supahan ("Motion") in the above matter; and

    WHEREAS, the Motion set a hearing date of August 21, 2008, before this Court; and

    WHEREAS, on July 24, 2008, counsel for Plaintiff Terance Supahan ("Plaintiff") notified PacifiCorp's counsel that Plaintiff would not be available to appear at the hearing on the Motion set for August 21, 2008, due to a previously scheduled out-of-state commitment; and

    WHEREAS, Plaintiff and PacifiCorp ("the Parties") have conferred and agreed to a continuance of the August 21, 2008 hearing date and to a briefing schedule;

    NOW THEREFORE, the Parties hereby stipulate as follows:

1. The hearing on the Motion is continued from Thursday, August 21, 2008 at 8:00 a.m. to Thursday, September 4, 2008 at 8:00 a.m.
2. Plaintiff will file its Opposition Brief no later than Thursday, August 7, 2008.
3. PacifiCorp will file its Reply Brief no later than Monday, August 18, 2008.

Date: July 30, 2008

Respectfully Submitted,

LAWYERS FOR CLEAN WATER, INC.

_____
Daniel Cooper
Attorneys for Plaintiff
Terance J. Supahan

///
///
///
///
///

| | | |
|---|---|---|
| 1 | Date: July 30, 2008 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | /s/ Karl Lytz |
| 4 | | Karl Lytz |
| 5 | | Attorneys for Defendant PacifiCorp |

1  Date:   July 30, 2008

LATHAM & WATKINS LLP

*/s/ Karl Lytz*

Karl Lytz
Attorneys for Defendant
PacifiCorp

### [Proposed] ORDER:

This matter came before the Honorable William H. Alsup, and upon review, the Court approves the foregoing Stipulation of the Parties and orders the following hearing and briefing dates:

1. The hearing on PacifiCorp's Notice of Motion and Motion for Summary Judgment Against Plaintiff Terance Supahan is continued from Thursday, August 21, 2008 at 8:00 a.m. to Thursday, September 4, 2008 at 8:00 a.m.

2. Plaintiff shall file its Opposition Brief no later than Thursday, August 7, 2008.

3. PacifiCorp shall file its Reply Brief no later than ~~Monday~~ THURSDAY, August 18, 2008.

IT IS SO ORDERED.

Dated: August 1, 2008.

IT IS SO ORDERED
/s/ William Alsup
Judge William Alsup

_____
Honorable William H. Alsup
United States District Court Judge