IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCCONNELL, LEAF G. HILLMAN, FRANKIE JOE MYERS, TERANCE J. SUPAHAN, and BLYTHE REIS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICORP INC.,<br><br>Defendant.<br>_____ / | No. C 07-02382 WHA<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT E TO THE DECLARATION OF PATRICK FERGUSON IN SUPPORT OF DEFENDANT PACIFICORP'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF BLYTHE REIS' CLAIMS** |

Defendant PacifiCorp submitted its administrative motion to file under seal Exhibit E to the declaration of Patrick Ferguson in support of its motion for summary judgment on plaintiff Blythe Reis' claims on July 31, 2008. This exhibit contained financial information about plaintiff Reis, which plaintiff's counsel designated as confidential. Pursuant to Civil Local Rule 79-5(a), "[w]ithin five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record."

1  Because the designating party, plaintiff Reis, did not file a responsive declaration within
2  five days, this exhibit is now part of the public record and should be filed accordingly. The
3  administrative motion to file under seal is Denied.

**IT IS SO ORDERED.**

Dated:  August 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2