JOSEPH W. COTCHETT
 (Cal. SBN 36324; jcotchett@cpmlegal.com)
PHILIP L. GREGORY
 (Cal. SBN 95217; pgregory@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

DANIEL G. COOPER
 (Cal. SBN 153576; cleanwater@sfo.com)
**LAWYERS FOR CLEAN WATER, INC.**
1004-A O'Reilly Avenue
San Francisco, CA 94129
Telephone:  (415) 440-6520
Facsimile:  (415) 440-4155

ROBERT F. KENNEDY, JR.
 (*Pro Hac Vice*; mpostman@law.pace.edu)
KEVIN J. MADONNA
 (*Pro Hac Vice*; kmadonna@kennedymadonna.com)
**KENNEDY & MADONNA, LLP**
48 Dewitt Mills Road
Hurley, NY 12443
Telephone: (845) 331-7514
Facsimile: (845) 331-7578

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HOWARD McCONNELL**; **LEAF G. HILLMAN**; **ROBERT ATTEBERY**; **FRANKIE JOE MYERS**; **TERANCE J. SUPAHAN**; **MICHAEL T. HUDSON**; **BLYTHE REIS** ; and **KLAMATH RIVERKEEPER**;<br><br>Plaintiffs,<br><br>v.<br><br>**PACIFICORP, INC.**, an Oregon Corporation;<br><br>Defendant. | Civil Case No.: CV 07-02382 WHA<br><br>**STIPULATION TO FILE CONSOLIDATED OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT AGAINST NATIVE AMERICAN PLAINTIFFS HOWARD McCONNELL, LEAF G. HILLMAN, AND FRANKIE JOE MYERS AND REQUEST FOR PAGE LIMIT MODIFICATION;** [PROPOSED] **ORDER** |

1  WHEREAS, Defendant Pacificorp ("Defendant") filed separate Motions for Summary Judgment against Plaintiffs Howard McConnell, Leaf G. Hillman, and Frankie Joe Myers on July 31, 2008. *See* Docket Document ## 208, 202, and 204, respectively.

WHEREAS, under Civil L.R. 7-4(b), these Plaintiffs are entitled to 25 pages each in their opposition briefing.

WHEREAS, these Plaintiffs are all members of Native American Tribes and all have similar claims.

WHEREAS, Plaintiffs believe that submission of a single consolidated opposition to Defendant's motions for summary judgment against these Plaintiffs will avoid duplicative arguments and conserve the resources of the Court and the Parties. Plaintiffs therefore sought a stipulation from Defendant to file a Consolidated Opposition to Defendant's Motions for Summary Judgment. Plaintiffs proposed that this consolidated opposition would not exceed 35 pages, excluding the caption page and the tables of contents and authorities.

WHEREAS, filing a consolidated opposition of 35 pages will require a modification of the page limits imposed by Civ. L.R. 7-4(b).

NOW THEREFORE, the Plaintiffs and Defendant agree to allow Plaintiffs to file a single Consolidated Opposition of 35 pages or less to Defendant's Motions for Summary Judgment against Plaintiffs McConnell, Hillman, and Myers. Plaintiffs and Defendant hereby request an extension to the page limit imposed by Local Rule 7-4(b).

DATED: August 13, 2008                          Respectfully Submitted,

                                                   /s/
                                                Daniel Cooper
                                                Attorney for Plaintiffs

                                                   /s/
                                                Richard W. Raushenbush
                                                Attorney for Defendants
                                                Pacificorp

1
2   I, Daniel Cooper, attest that the content of this document is acceptable to all persons required to
3   sign this document.
4   Date: August 13, 2008                             /s/
5                                                    Daniel Cooper
                                                     Attorney for Plaintiffs

**[PROPOSED] ORDER**

After considering the request for a page limit modification for Plaintiffs' Consolidated Opposition to Defendant's Motions for Summary Judgment against Plaintiffs McConnell, Hillman, and Myers, the Court hereby orders:

1. The Plaintiffs' Consolidated Opposition to Defendant's Motions for Summary Judgment against Plaintiffs McConnell, Hillman, and Myers may not exceed 35 pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 14, 2008.

*IT IS SO ORDERED*
*Judge William Alsup*

_____
Honorable William H. Alsup
United States District Court Judge
Northern District of California