IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCCONNELL, LEAF G. HILLMAN, FRANKIE JOE MYERS, TERANCE J. SUPAHAN, and BLYTHE REIS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICORP INC.,<br><br>Defendant. | No. C 07-02382 WHA<br><br>**ORDER REGARDING STIPULATION FOR LATER EXPERT DEPOSITIONS** |

This Court is in receipt of the parties' Stipulation and Proposed Order Permitting Later Deposition of Plaintiffs' Experts, dated August 29, 2008. The Court declines to alter the discovery and other deadlines set forth in its Case Management Scheduling Order of August 16, 2007. However, the parties may conduct the expert depositions referred to in the Stipulation after the discovery deadline by mutual agreement, without Court involvement and without amendment to the present case management schedule.

**IT IS SO ORDERED.**

Dated: September 8, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE