1   JOSEPH W. COTCHETT
     (Cal. SBN 36324; jcotchett@cpmlegal.com)
2   PHILIP L. GREGORY
     (Cal. SBN 95217; pgregory@cpmlegal.com)
3   JOSEPH C. WILSON
     (Cal. SBN 249027; jwilson@cpmlegal.com)
4   **COTCHETT, PITRE & McCARTHY**
    840 Malcolm Road, Suite 200
5   Burlingame, CA 94010
    Telephone:  (650) 697-6000
6   Facsimile:  (650) 697-0577

7   DANIEL G. COOPER
     (Cal. SBN 153576; cleanwater@sfo.com)
8   **LAWYERS FOR CLEAN WATER, INC.**
    1004-A O'Reilly Avenue
9   San Francisco, CA 94129
    Telephone:  (415) 440-6520
10  Facsimile:  (415) 440-4155

11  ROBERT F. KENNEDY, JR.
     (*Pro Hac Vice*; mpostman@law.pace.edu)
12  KEVIN J. MADONNA
     (*Pro Hac Vice*; kmadonna@kennedymadonna.com)
13  **KENNEDY & MADONNA, LLP**
    48 Dewitt Mills Road
14  Hurley, NY 12443
    Telephone: (845) 331-7514
15  Facsimile: (845) 331-7578

16  Attorneys for Plaintiffs

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19
20  **HOWARD McCONNELL**, **LEAF G.**             Civil Case No.: CV 07-02382 WHA
    **HILLMAN**, **FRANKIE JOE MYERS**,
21  **TERANCE J. SUPAHAN**, **and**              **STIPULATION TO CONTINUE**
    **BLYTHE REIS**,                            **HEARING DATE;**
22                                              ~~(proposed)~~ **ORDER**
                Plaintiffs,
23
         v.                                     **Date:** September 10, 2008
24                                              **Time**: 8:00 a.m.
    **PACIFICORP, INC.**, an Oregon Corporation; **Place:** Courtroom 9, 19th Floor
25                                              **Judge:** Hon. William H. Alsup
                Defendant.
26
                                                **Trial Date**: December 1, 2008
27
28

WHEREAS, counsel for Plaintiffs and PacifiCorp (the "Parties") previously stipulated to set the hearings on the Motions for Summary Judgment filed by PacifiCorp for September 4, 2008;

WHEREAS, the Motion for Fees and Costs in this matter was also previously scheduled to be heard on September 4, 2008;

WHEREAS, the Court by way of Minute Order dated August 29, 2008 (docket no. 258) continued both the hearing on the Motions for Summary Judgment and the Motion for Fees and Costs until September 10, 2008, at 8:00 a.m.;

WHEREAS, the undersigned counsel for Plaintiffs is unable to attend the hearing(s) now set for September 10, 2008, owing to a conflict with a previously scheduled settlement meeting in *San Francisco Baykeeper v. County of San Mateo, et al.*, CV-08-3951 BZ, also set for September 10, 2008, which involves the attendance and participation of numerous persons, including counsel, clients, and also defendants' Deputy County Counsel, County Engineer, County financial officers, and various county employees;

WHEREAS, the above settlement meeting has been canceled and postponed three times before, and to cancel it again will likely require a further postponement of between 60-90 days; and

WHEREAS, counsel for Plaintiffs and PacifiCorp have agreed to conduct the hearing on the Motion for Fees and Costs on September 10, 2008 at 8:00 a.m., as presently scheduled, but to continue the hearing on the Motions for Summary Judgment to September 17, 2008, the only day during the week of September 15, 2008 upon which all counsel for Plaintiffs and PacifiCorp are available;

NOW THEREFORE the Parties hereby stipulate:  (1) that Plaintiffs will file a Response to PacifiCorp's Objections to Evidence Submitted in Opposition to Defendant's Motions for Summary Judgment at least five days prior to the hearing on the Motions for Summary Judgment, and neither Party will submit any further pleadings or evidence in connection with the Motions for Summary Judgment or Motion for Fees and Costs; and (2) to continue the hearing date on the Motion(s) for Summary Judgment from September 10, 2008 at 8:00 a.m. to September 17, 2008, while the Motion for Fees and Costs will still be heard on September 10, 2008 at 8:00 a.m., as presently scheduled.

Date:   September 5, 2008                    Respectfully Submitted,

LAWYERS FOR CLEAN WATER, INC.


/s/_____
Daniel Cooper
Attorneys for Plaintiffs
Howard McConnell, Leaf Hillman, Frankie Joe
Myers, Terance Supahan, and Blythe Reis


LATHAM &WATKINS LLP


/s/_____
Benjamin J. Horwitz
Attorneys for Defendant
PacifiCorp, Inc.


## ORDER

Having considered the facts and representations of counsel set forth in the above Stipulation, the Court hereby orders:

1.  The hearing on the Motions for Fees and Costs shall be on September 10, 2008 at 8:00 a.m. in Courtroom 9, 19th Floor:

2.  The hearing on the Motions for Summary Judgment shall be on September ~~17~~, 2008 at $\underline{\text{8:00}}$ a.m. ~~/p.m.~~ in Courtroom 9, 19th Floor.

                                                              18

**IT IS SO ORDERED**

Date: _____         September 9, 2008

_____
Hon. William H. Alsup
U.S. District Court Judge