**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD MCCONNELL, LEAF G. HILLMAN, FRANKIE JOE MYERS, TERANCE J. SUPAHAN, and BLYTHE REIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>PACIFICORP INC.,<br><br>    Defendant.<br>_____ / | No. C 07-02382 WHA<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND HEARING FOR SUMMARY JUDGMENT MOTIONS** |

     A hearing on defendant's July 2008 motions for summary judgment against the five plaintiffs in this action is presently scheduled for September 18, 2008. On September 11, 2008, defendants filed an additional motion for summary judgment as to all plaintiffs' claims for public nuisance, private nuisance and negligence. (Dkt. No. 275). A hearing on that motion is set for October 16, 2008. Pursuant to Local Civil Rule 7-3, plaintiffs' opposition to the motion must be served and filed not later than **September 25, 2008**. Defendant's reply must be served and filed not later than **October 2, 2008**.

Defendant's earlier summary judgment motions against each of the five plaintiffs shall be deemed fully briefed. The September 18, 2008 hearing on those earlier motions is vacated, and hearing on those motions will be held **October 16, 2008**, together with defendant's September 11 motion for summary judgment.

**IT IS SO ORDERED.**

Dated: September 12, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE